## MEMORANDUM DECISION.

ALICE STRATTON, *as Administratrix, etc., Appellee,* v. C. B. ROTROCK, *Appellant.*

No. 16,737.

### OPINION ON REHEARING.

Appeal from Ottawa district court. Opinion on rehearing, filed December 9, 1911. Reversal sustained. (For original opinion, see 84 Kan. 198, 114 Pac. 224.)

*G. W. Hurd,* and *Arthur Hurd,* for the appellant.

*E. C. Sweet,* and *F. D. Boyce,* for the appellee.

*Per Curiam:* The questions presented in this case have been reargued and carefully reconsidered, and the court adheres to the former decision therein. (*Stratton v. Rotrock,* 84 Kan. 198, 114 Pac. 224.)

JOHNSTON, C. J. (dissenting): The findings of the trial court do not, in my opinion, warrant this court in directing that judgment be entered in favor of the appellant.

BURCH, J., also dissents.